# Court of Appeals
# of the State of Georgia

ATLANTA,  December 07, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0638. ANTONIO BROWN v. THE STATE.**

In 1991, in a single plea hearing regarding two indictments, Antonio Brown pleaded guilty to felony murder and other charges.[1] In 2020, Brown filed in both cases a single motion for an out-of-time appeal. The trial court denied the motion, and Brown appeals.

The Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death may be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"), overruled in part on other grounds as recognized in *Elliott v. State*, 305 Ga. 179, 205 (III) (C) (i) (824 SE2d 265) (2019).

---

[1] In the first indictment, Brown was charged with three counts of murder, three counts of felony murder, and one count of armed robbery; he pleaded guilty to two counts of felony murder and to the lesser-included offense of conspiracy to violate the Georgia Controlled Substances Act. In the second indictment, Brown was charged with one count of murder and one count of felony murder, and he pleaded guilty only to the lesser-included offense of conspiracy to violate the Georgia Controlled Substances Act. In both cases, the remaining charges were placed on the dead docket.

Accordingly, Brown's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/07/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*